```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LUIGI GIROTTO,

                Plaintiff,

      -v-

THE CAPITOL THEATRE LLC,

                Defendant.
------------------------------------------------------------------X

24-cv-4460 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    For the reasons stated at the conference on November 26, 2024, Plaintiff may amend the complaint no later than December 6, 2024, without objection from Defendant. Defendant's deadline to answer or respond to the amended complaint is extended to January 3, 2025.

    SO ORDERED.

Dated: November 26, 2024
       New York, New York

                                           LEWIS J. LIMAN
                                        United States District Judge